*NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET*
*CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE*

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE:     Arts des Provinces de France, Inc.

CASE NUMBER:          11-29111 DHS

AMOUNT OF FUNDS ON HAND:

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE:

ESTIMATED VALUE:     Unknown

OTHER INFORMATION RELATING TO STATUS OF CASE:

SIGNATURE OF TRUSTEE     /s/ Steven P. Kartzman

NAME OF TRUSTEE:     STEVEN P. KARTZMAN          DATE:  7/7/2011